# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>    v.<br><br>**BRANDON EDWARD NICHOLS,**<br><br>    Defendant. | CASE NO.: 2:18-CR-0245-MCE |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Brandon Edward Nichols | |
| Detained at | North Kern State Prison | |
| Warden/Custodian: | Kelly Santoro, Warden | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Timothy H. Delgado* |
| Printed Name & Phone No: | AUSA Timothy H. Delgado – (916) 554-2805 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

  ☒ Ad Prosequendum  ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 18, 2018

                   _____
                   DEBORAH BARNES
                   UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

|  |  |  |  |
|---|---|---|---|
| AKAs (if known): |  | ☒ Male | ☐ Female |
| Booking or CDC #: | CDCR # BH9831 | DOB: | ▇▇▇▇ |
| Facility Address: | North Kern State Prison | Race: |  |
|  | 2737 West Cecil Avenue |  |  |
|  | Delano, CA 93215 |  |  |
| Facility Phone: | (661) 721-2345 | FBI#: |  |
| Currently | In Custody |  |  |

**RETURN OF SERVICE**

Executed on: _____   _____
 (signature)